UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES LANG,

    Plaintiff,

v.                                      CASE NO: 8:02-cv-144-T-23TBM

UNITED STATES OF AMERICA,

    Defendant and Counterclaimant,

v.

ROBERT T. BULLOCK, et al.,

    Counterdefendants.
_____/

## **ORDER**

The United States of America and Vincent Gilroy ("Gilroy") jointly move (Doc. 50) to dismiss Gilroy as a counterdefendant in this case, which motion is **GRANTED**. Pursuant to Rule 41(a)(1), the government's claims against Gilroy are **DISMISSED** and Gilroy is **DISMISSED** as a party to this action.

ORDERED in Tampa, Florida, on March 17, 2007.

                                                                             STEVEN D. MERRYDAY
                                                          UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy